In the Matter of JOHN J. SMITH, Appellant, v JOSEPH A. McNAMARA et al., Constituting the Board of Elections in the County of Westchester, and HENRY RADDA, Respondents.—In a proceeding to validate petitions designating appellant as a candidate in the Conservative Party primary election to be held on September 9, 1975 for nomination for the public office of city councilman, tenth ward, in the City of Yonkers, the appeal is from a judgment of the Supreme Court, Westchester County, entered August 21, 1975, which denied the application. Judgment affirmed, without costs. No opinion. Gulotta, P. J., Rabin, Christ, Benjamin and Shapiro, JJ., concur.

## (August 28, 1975)

In the Matter of JAMES DINIZIO et al., Respondents, v FRANK COVENEY et al., Constituting the Board of Elections in the County of Suffolk, Respondents, and WILLIAM R. PELL, III, et al., Appellants.—In a proceeding to invalidate petitions designating appellants William R. Pell, III, et al. as candidates in the Conservative Party primary election to be held on September 9, 1975, for nomination for public offices in the Town of Southold, the appeal is from a judgment of the Supreme Court, Suffolk County, dated August 21, 1975, which, *inter alia,* adjudged that no valid authorizations were filed with the respondent Board of Elections on July 28, 1975 to enable nonenrolled members of the Conservative Party to be candidates in said primary election. The appeal is deemed withdrawn, without costs, by consent of the parties. Gulotta, P. J., Rabin, Christ, Benjamin and Shapiro, JJ., concur.